YORE, Appellant, v. DAVENPORT, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1896.) Action by Mary Yore against William B. Davenport, public administrator in Kings county, as administrator of the goods, chattels, and credits which were of James Cornelius (otherwise known as James Cuneen), deceased. No opinion. Judgment affirmed, with costs. All concur.

ZIMMERMAN, Respondent, v. BURRAS et al., Appellants. (Supreme Court, Appellate Division, First Department. April 24, 1896.) Action by Eugene Zimmerman against Howard K. Burras and others. W. P. Maloney, for appellants. R. Taggart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.